ACCEPTED
06-14-00172-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/16/2015 3:53:59 PM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00172-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

3/16/2015 3:53:59 PM

DEBBIE AUTREY
Clerk

_____

GERALD MAC LOWREY, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25492; HONORABLE WILL BIARD, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00172-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

———————————————————————————————————

GERALD MAC LOWREY, Appellant

V.

THE STATE OF TEXAS, Appellee

———————————————————————————————————

ON APPEAL FROM THE  6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25492; HONORABLE WILL BIARD, JUDGE

———————————————————————————————————

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

———————————————————————————————————

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure

2

for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about February 12, 2015, Gerald Mac Lowrey (Lowrey), the appellant, filed his brief in the above-styled and numbered appellate cause. The appellee's (State's) brief is due on Monday, March 16, 2015. This first motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause number was 25492.

## III.

In this Court, the appellant, Lowery, filed a notice of appeal on or about August 18, 2014. The District Clerk of Lamar County filed the Clerk's Record on or about November 14, 2014. The official court reporter filed the Reporter's Record on or about December 9, 2014.

The appellant, Lowery, filed the first (of two) motions for extension of time to file his brief, which this Court granted initially on or about January 9, 2015. After this deadline, Lowery filed his brief along with a second motion for extension of time, which this Court granted on or about February

12, 2015. This Court accepted the appellant's brief on February 12th.

IV.

The present deadline for filing the appellee's (State's) brief is Monday, March 16, 2015. This Court has not granted a previous extension to the appellee (State) in the above-styled and numbered appellate cause.

Since the filing of appellant's brief, counsel for the appellee (State) had grand jury scheduled for February 12, 2015. On February 17th, counsel for the appellee (State) had a docket for revocations and plea bargains. On February 18th, counsel for the appellee (State) had a docket for arraignments and pre-trials. On February 19th, counsel for the appellee (State) had a jury trial set in cause number 23839 styled *The State of Texas v. James Battle*, although this case was later resolved by plea bargain. On Monday, February 23rd, counsel for the appellee (State) had a hearing involving a juvenile, Christian Sims, in which the State is seeking to certify him as an adult for a murder trial.

As the month of February drew to a close, counsel for appellee (State) was preparing the brief in cause number 06-14-00147-CR styled *Asim Shakur Rahim v. The State of Texas* in the Sixth Court of Appeals at Texarkana. On or about February 26th, counsel for the appellee (State) filed the first motion for extension of time, which this Court granted on March 3rd

and which extended the time until March 19, 2015.

While preparing the brief in cause number 06-14-00147-CR, counsel for the appellee (State) was also preparing for jury trials beginning on March 2, 2015, including cause numbers 25827, 25894 and 25813, which were later decided during bench trials in the month of March, 2015. On March 3rd, counsel for appellee had a revocation hearing in cause number 24033 styled *The State of Texas v. Felipe Villegas*. On March 4th, which was the same day that Jeffrey W. Shell and Mr. Gary L. Waite were presenting oral argument before this Court in Cause Number 06-14-00096-CR styled *Mickey Lee Bates v. The State of Texas* in Sulphur Springs, Mr. Gary D. Young presented two (2) cases to the grand jury of Hopkins County as a special prosecutor that afternoon.

In addition to the criminal dockets above, counsel for appellee (State) was preparing the briefs in two (2) companion cases in cause numbers 06-14-00085-CV and 06-14-00084-CV styled *$990.00 in U.S. Currency, et. al. v. The State of Texas* and *$1,608.00 in U.S. Currency, et. al.* in the Sixth Judicial District Court of Appeals at Texarkana. This Court accepted the briefs on March 3rd and March 5, 2015, respectively.

During the week beginning March 9th, counsel for the appellee (State) was preparing felony cases for the grand jury of Lamar County, which was

scheduled to meet on March 12th.  On March 16-17th,  counsel for appellee (State) had docket calls involving pre-trial, plea bargain and arraignments.

Due to these circumstances, counsel for the appellee (State) is unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time.  Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Friday, April 17, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties.  Appellee requests that an extension of time until Friday, April 17, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Friday, April 17, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
    Gary D. Young, County Attorney
    SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

# VERIFICATION

STATE OF TEXAS       §

§

COUNTY OF LAMAR    §

      BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

> I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing First Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

STATE OF TEXAS          §

COUNTY OF LAMAR        §

      Subscribed and sworn to before me by Gary D. Young on this the 16th day of March, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

PAM BULL
Notary Public, State of Texas
My Commission Expires
July 24, 2018

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 16th day of March, 2015 upon the following:

Gary L. Waite
Attorney at Law
104 Lamar Avenue
Paris, TX    75460
garywaite@sbcglobal.net

_____
GARY D. YOUNG